UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JORDAN ANDERSON**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**BAUER BUILT INC.**, d/b/a **BAUER BUILT TIRE & SERVICE**,<br><br>      Defendant. | Case No. 3:24-cv-00200 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jordan Anderson ("Plaintiff"), individually and on behalf of all others similarly situated, hereby move this Court to:

 a. Appoint Plaintiff Jordan Anderson as Class Representative of the Settlement Class;

 b. Appoint Settlement Class Counsel Cassandra P. Miller of Strauss Borrelli PLLC;

 c. Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

 d. Preliminarily approve this Settlement Agreement for purposes of disseminating Notice to the Settlement Class;

 e. Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

 f. Schedule a Final Approval Hearing to review comments and/or objections regarding this Settlement Agreement, to consider its fairness, reasonableness and adequacy, to consider the

application for a Fee Award and incentive award to the Class Representative, and to consider whether the Court shall issue a Final Judgment approving this Settlement Agreement, to consider Class Counsel's application for the Fee Award and the incentive award to the Class Representative, and dismissing the Action with prejudice.

Plaintiff's motion is based on: this Motion and the accompanying Notice of Motion; Plaintiff's Memorandum in Support of Unopposed Motion for Class Action Settlement; the Declaration of Cassandra Miller filed in support of Plaintiff's Motion and all exhibits including the Settlement Agreement; all exhibits and attachments to the Motion and the Settlement Agreement including the Parties' draft Notice, Claim Form, and the Proposed Preliminary Approval Order submitted herewith.

Dated: May 21, 2025                                  Respectfully submitted,

                              By: */s/ Cassandra P. Miller*
                              Cassandra P. Miller (Pro Hac Vice)
                              Andrew G. Gunem (SBN: 1114770)
                              **STRAUSS BORRELLI PLLC**
                              One Magnificent Mile
                              980 N Michigan Avenue, Suite 1610
                              Chicago IL, 60611
                              Telephone: (872) 263-1100
                              Facsimile: (872) 263-1109
                              cmiller@straussborrelli.com
                              agunem@straussborrelli.com

                              *Counsel for Plaintiff and Putative Class*

## **CERTIFICATE OF SERVICE**

  I, Cassandra P. Miller, hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 21st day of May, 2025.

            STRAUSS BORRELLI PLLC

          By: */s/ Cassandra P. Miller*
            Cassandra P. Miller
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            cmiller@straussborrelli.com