IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORDAN ANDERSON,

Plaintiff,

v.

BAUER BUILT INC.,

Defendant.

Case No. 24-cv-200-jdp

# JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bauer Built Inc. against plaintiff Jordan Anderson dismissing this case for lack of subject-matter jurisdiction.

s/ Deputy Clerk
Joel Turner, Clerk of Court

4/23/2026
Date